Clerk, United States District Court
Western District of Louisiana
John M. Shaw United States Courthouse
800 Lafayette St. Suite 2100
Lafayette, Louisiana 70501

RECEIVED
JUL 05 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

2 July 2007

To: The Honorable Magistrate Judge C. Michael Hill

Dear Judge Hill

   This letter is to show cause in response to the Notice of Intent to Dismiss I received on the 2nd Day of July 2007.

   I Brian D. Holloway do state and Calcasieu Correctional Center can verify that the address on record is true and standing to be P.O. Box 2017, Lake Charles, Louisiana 70602 the physical address being 5410 East Broad Street Lake Charles, Louisiana 70615. Your Honor, I've been incarcerated here for 23 months.

   I pray that your Honor will forgive this to be some type of Clerical Error, and I be allowed to continue in this Civil Action

Sincerely
Brian D. Holloway
P.O. Box 2017
Lake Charles, La 70602

Brian D Holloway
P.O. Box 2017
Lake Charles, LA. 70602

Legal Mail

CLERK UNITED STATES DISTRICT COURT
Western District of Louisiana
John M. Shaw United State Courthouse
800 Lafayette St. Suite 2100
Lafayette, LA 70501