Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 24 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Brian D. Holloway 353743              07-0133
Full Name of Plaintiff, Prisoner Number    Civil Action

                                       Judge Melancon
VS. Sheriff Tony Mancuso,              Judge
Calcasieu Correctional Center          Judge Hill
Defendant Sgt. William Robinson        Magistrate Judge

## COMPLAINT

I.  **Previous Lawsuits**

   A. Have you begun any other lawsuit while incarcerated or detained in any facility?
      Yes ☐    No ☒

   B. If your answer to the preceding question is yes, provide the following information.

      1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

         _____

         _____

      2. Name the parties to the previous lawsuit(s):

         Plaintiffs: _____

         Defendants: _____

      3. Docket number(s): _____

      4. Date(s) on which each lawsuit was filed: _____

      5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

         _____

2

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ☐   No ☒

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. **Name of institution and address of current place of confinement:**
*Calcasieu Correctional Center 5410 E. Broad St. Lake Charles La. 70615*

B. Is there a prison grievance procedure in this institution?
Yes ☐   No ☒

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes ☐   No ☒
If Yes, what is the Administrative Remedy Procedure number? _____

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. **Parties to Current Lawsuit:**

3

A.  Name of Plaintiff *Brian D. Holloway*
    Address *P.O. Box 2017 Lake Charles La. 70602*
    *1747 6th Ave. Lake Charles La. 70601*
B.  Defendant, *Tony Mancuso*, is employed as *Calcasieu Corr. Center* at *5410 E Broad St. Lake Charles La. 70602*

Defendant, *Sgt. William Robinson*, is employed as *Calcasieu Corr. Center* at *5410 E Broad St. Lake Charles La. 70602*

Defendant, _____, is employed as

_____ at _____.

Additional defendants _____

_____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

*Please refer to Summary attached*

*Complete medical records available upon request.*

4

_____

_____

_____

V. **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for pain and suffering Physical and Mental Distress, Cruel and unusual punishment, Negligence

VI. **Plaintiff's Declaration**

A. **I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this 20th day of September, 2007.

#353743
Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

Brian D. Holloway
Signature of Plaintiff

5/97

5

①

I Brian D. Holloway state that at the time of this incident I was being housed at the Calcasieu Sheriffs Prison, located at 5300 E. Broad St., Lake Charles La. 70602, and has since been moved to the Calcasieu Correctional Center located at 5410 E Broad St. Lake Charles La. 70602.

I Brian D. Holloway, also state that at the time of this incident I was serving a STATE sentence of (6) Six years while awaiting Federal prosecution.

On or about the 22nd Day of January 2006, I fell sick with symontons of Flu, could not eat, naseau, headache and dizziness when standing. A small knot appeared on my right leg next to my groin, upper thigh. and it continued to grow in size.

I started to press the call button in my cell and continued to press it but received no response from staff. It was finally answered (1) one time by Sargent William Robinson, I told Mr. Robinson of my condition and symontons, and was told by him that there were no physicians on staff and I would have to wait until next morning. After the first Intial contact my condition continued to woresen. I felt as though my condition was life threatening. I still kept pressing call button but received no response. During the night I suffered from fever, night sweats, and intense pain. At approximately 004 7:00 AM I approached the Nurse handing out medication at the door, I

beleive her name to be Kathy T. I told her I needed to make sick call, I was feeling bad, and showed her the inflamed area on my leg. She replied that "I would have to wait until she came to my dorm to hand out medication before I could make sick call. I also showed Sgt. McGee my leg at this time and he replied "We need to get you to the infirmary as soon as possible". I waited approximately (30) thirty minutes for her to return. She told me to fill out the Request for Medical Attention form which I did, and she examined the area on my leg and told me she would call me down to the infirmary. I still had to wait (3) three hours before I was called to the infirmary. At the infirmary I was seen by the Nurse Practioner Caroll Thornton. She examined the inflamed area on my leg and took my temperature it had reached 102°. She said "I should be transported to the hospital immediately", I still had to wait an hour or more for the transportation Deputies to arrive one being Deputy LaVernge, he was also present during all the examinations at the hospital. Once at the hospital I was seen by the trauma nurse she said my temperature was high, I told her I could not sit down because of my leg. I was then seen by the Emergency Physician at W.O. Moss Regional, located in Lake Charles Louisiana I was in a great deal of pain at this time and incoherent to alot of what was being said. The Doctor examined my leg an I.V. was started and

②

I was takened to Surgery, I was then admitted into the hospital. I was takened back to Surgery the next morning still heavily sedated and incoherent to much of my surroundings. A pump was installed and continually pumped the infection from my leg, this also causing me a great deal of pain. At no time was I able to communicate with the attending Surgeon he BDH only spoke BDH with the Deputies. I remained hospitalized for (19) Nineteen days in excruciating pain. Upon my release from the hospital I was taken to the medical ward at the Calcasieu Correctional Center where I was repeatedly denied medical attention which was prescribed by the Surgeon. I returned on the 10th to the jail and was not seen by the nurse until the 11th by this time my bandage was very moist with blood, my wound was cleaned and fresh bandages applied. My wound wasn't cleaned again until the 2/13/06. At 10:00 o'clock AM on the 2/14/06 I asked the deputy on duty to call the nurse and ask to have my wound cleaned, he said "I know nothing about it, and that was that." By 12:15 pm Noon on the 2/14/06 I had still not recieved medical attention. At that time I asked the Deputy to see about me BDH going to get my wound cleaned, at 12:25 pm the Deputy told me the nurse said they would call for me when they got ready. Later that day I was called down to the nurses station and my wound was cleaned. On Wednesday 15, 2006 at 7:00 o'clock AM. I spoke with the nurse about the cleaning

and re-bandaging of my wound, she told me they (the nurses) could call me to the infirmary any time because my wound only needed to be cleaned once a day, I had a 9 o'clock A.M. Doctors Appointment on this day, the doctor said everything was looking good, but it had to be cleaned (2) twice a day because it was too moist. On Friday 17th, 2006 I woke up at 6:00 o'clock A.M to get medications, I told the nurse that my skin had become irritated, she (the nurse) BDH said she was going to call me to the nurses station, It 12:30 o'clock P.M. before I was called to the infirmary at which time she (the nurse) told me she wasn't aware my wound had to be cleaned (2) twice a day she was sorry and starting the following day she would call me in morning for the (1st) First change and again late evening for the (2nd) second change. Ater a few months I had to return to the hospital this time I was takened to Lafayette Louisiana, due to the infection reoccuring in my leg I had to undergo a series of shots over several days after returning to Calcasieu Correctional Center.

Attorney In Pro Se
Brian D. Holloway #353743
20th September 2007

