U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JAN 29 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN D. HOLLOWAY | CIVIL ACTION NO. 07-0133 |
| VS. | SECTION P |
| CALCASIEU CORRECTIONAL CENTER, ET AL. | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE HILL |

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) and § 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 29th day of January, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE