RECEIVED
IN ALEXANDRIA, LA

FEB - 6 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BRIAN D. HOLLOWAY | : | DOCKET NO. 07- 0133 |
| VS. | : | JUDGE TRIMBLE |
| CALCASIEU CORRECTIONAL CENTER, ET AL | : | MAGISTRATE JUDGE HILL |

## ORDER

Before the Court is a "Petition to Show Negligence" (doc. #18) filed by Petitioner alleging that defendants were negligent in their response to Petitioner's medical needs. By Judgment dated January 29, 2008 (doc. #17), which adopted the Report and Recommendation of the Magistrate Judge, this Court dismissed with prejudice the instant case as frivolous and for failure to state a claim upon which relief may be granted. Petitioner's motion reiterates the same arguments addressed by this Court in the previous judgment that dismissed the suit. Hence, the Court will consider the instant motion as a Motion for Reconsideration. The Court has reviewed and considered Petitioner's motion and concludes that there is no justifiable or legal basis for reversing the prior Judgment. Accordingly, it is

ORDERED that the Petition to Show Negligence/Motion for Reconsideration is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 6th day of February, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE